UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

In Re:  Sealed Matter                           Misc. No. 22-mc-50974-1

                                                Honorable George Caram Steeh

---

**MOTION AND ORDER TO UNSEAL SEARCH WARRANT AND AFFIDAVIT**

---

THE UNITED STATES OF AMERICA respectfully requests that the search warrant and affidavit in this case be unsealed for the following reasons:

1. That the United States is no longer apprehensive that one or more persons may flee the jurisdiction or that evidence may be destroyed if they become aware of the substance of the search warrant and affidavit.

2. That the United States is no longer apprehensive that there is danger of harm to potential government witnesses if any persons become aware of the substance of the search warrant and affidavit.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*s/Karen L. Reynolds*
Karen L. Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
karen.reynolds@usdoj.gov
(313) 226-9672

IT IS SO ORDERED.

s/Anthony P. Patti
Hon. Anthony P. Patti
United States Magistrate Judge

Entered: November 17, 2023